UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JESSE D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:22-cv-04128-SLD-JEH |
| ) | |
| KILOLO KIJAKAZI, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before the Court is the parties' Joint Stipulation to Remand to the Commissioner, ECF No. 11. In the Joint Stipulation, the parties request that the Court reverse the administrative law judge's ("ALJ") decision denying Plaintiff Jesse D.'s application for benefits and remand this matter for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), which authorizes the Court to "enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner . . . , with or without remanding the cause for a rehearing."

The parties agree that, upon remand, an ALJ will "reevaluate the medical opinions and subjective allegations pursuant to the regulations, offer the opportunity for a hearing, take further action to complete the administrative record, obtain additional vocational evidence if warranted, and issue a new decision." Stipulation 1.

As the Court finds the remand request appropriate, the Court—construing the Joint Stipulation as a motion to remand—GRANTS the motion, ECF No. 11, and the proposed remand instructions are adopted. Accordingly, the Commissioner's decision in this matter is REVERSED, and the cause is REMANDED to the Commissioner for a new hearing pursuant to

the fourth sentence of 42 U.S.C. § 405(g).  The Clerk is directed to enter judgment and close the case.

    Entered this 8th day of August, 2023.

    s/ Sara Darrow
SARA DARROW
CHIEF UNITED STATES DISTRICT JUDGE
